**1**

**William J. SEIDENBERG, Plaintiff in Error, v. NEW YORK–TAMPA CIGAR COMPANY, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
May 7, 1928.

No. 285.

Appeal from the District Court of the United States for the Southern District of New York.

Jacob Tannenbaum, of New York City (Arthur Hutter, of New York City, of counsel), for plaintiff in error.

Burroughs & Brown, of New York City (H. Lewis Brown and Charles S. Day, Jr., both of New York City, of counsel), for defendant in error.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

———

**2**

**Sam SELDIN, Plaintiff in Error, v. THREADNEEDLE INSURANCE COMPANY (1923) Limited, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
June 4, 1928.

No. 339.

In Error to the District Court of the United States for the Southern District of New York.

Bonynge & Barker, of New York City (Wendell P. Barker and Frank I. Tierney, both of New York City, of counsel), for plaintiff in error.

S. J. Rosenblum, of New York City (Charles G. F. Wahle, of New York City, of counsel), for defendant in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed.

———

**3**

**Max TRABERT et al., Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Third Circuit.
June 20, 1928.

No. 3853.

Appeal from the District Court of the United States for the Western District of Pennsylvania; Frederic P. Schoonmaker, Judge.

G. Dixon Shrum and Max V. Schoonmaker, both of Pittsburgh, Pa., for appellant.

John D. Meyer, U. S. Atty., and Joseph Richardson, Asst. U. S. Atty., both of Pittsburg, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. In the court below Max Trabert was charged under the National Prohibition Law with maintaining a nuisance. On hearing, at which the defendant was represented by counsel, the government produced several witnesses, who proved the premises here involved were fitted up for and used as a hotel, and the sale therein on different days of high-powered beer. No witnesses were called in contradiction. After due consideration had, the court entered a decree holding the defendant was maintaining a nuisance on the premises, and closed for one year the first and second floors thereof, with the exception of the stairway leading to the third and fourth floors. Thereupon this appeal was taken. It simply involves alleged error in the court's finding of fact.

An examination of the record not only shows no error, but, on the contrary, the correctness of its finding. Its decree is therefore affirmed.

———

**4**

**UNITED STATES, Appellee, v. Max GORDON, Browne Willis, and "Lefty" Clayton, alias John Doucett, Appellants.**

Circuit Court of Appeals, Second Circuit.
June 4, 1928.

No. 348.

Appeal from the District Court of the United States for the Southern District of New York.

Louis Halle and Morgan, Cahill & Fogarty, all of New York City (David V. Cahill, of New York City, of counsel), for appellants Gordon and Willis.

Milton R. Kroopf, of New York City, for appellant Clayton.

Charles H. Tuttle, U. S. Atty., of New York City (Thomas E. Kerwin, Asst. U. S. Atty., of New Rochelle, N. Y., of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.